**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |  |
|---|---|---|
| JONATHAN DRUMMOND, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 6-24-cv-01867-CEM-LHP |
| FURNITURE ROW USA, LLC, | ) | |
| Defendant. | ) | |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: June 4, 2025

ALEKSANDRA KRAVETS, ESQ., P.A.                Dentons Cohen & Grigsby

By: *Aleksandra Kravets*                    By: *Bryan Fernando DuBon*

Aleksandra Kravets, Esq.                    Bryan Fernando DuBon, Esq.
865 SW 113 Lane                            9110 Strada Pl, Mercato Dr. Suite 6200
Pembroke Pines, Florida 33025              Naples, Florida 34108
Tel:  347-268-9533                         Tel:  239-390-1900
E-mail:  ak@akesqpa.com                    E-mail: bryan.dubon@dentons.com
*Attorney for Plaintiff*                   *Attorney for Defendant*